```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: May 1, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Wesley Jones,

                Plaintiff,

  -against-

City of New York, et al.,

                Defendants.
------------------------------------------------------------X

12 Civ. 05917 (PAC)
**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

    In light of the suspension from practice of plaintiff's attorney, the plaintiff is directed to obtain new counsel – or to advise the Court that he intends to proceed pro se. Plaintiff must respond to this order within 30 days from the date of service of this order. Failure to act within that time period may result in dismissal.

    The City defendant is directed to personally serve this order on plaintiff at his last known address; to serve by first class mail, and if an email address is available, by that method as well.

Dated: New York, New York
       May 1, 2013

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge